IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH SCARVER,**                                                                    **PETITIONER**

v.                              **CASE NO. 4:20-CV-01247-BSM**

**LAFAYETTE WOODS, JR,** *et al.*                                       **RESPONDENTS**

**ORDER**

After careful review, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 2] is adopted.  Kenneth Scarver's petition for a writ of habeas corpus is denied because he has failed to exhaust available state court remedies before proceeding with his Sixth Amendment claim.  *Sacco v. Falke*, 649 F.2d 634, 636 (8th Cir. 1981).  A certificate of appealability will not issue.

IT IS SO ORDERED, this 28th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE