# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH SCARVER,**                                                                       **PETITIONER**

v.                  **CASE NO. 4:20-CV-01247-BSM**

**LAFAYETTE WOODS, JR,** *et al*.                                    **RESPONDENTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 28th day of December, 2020.

                                                                           UNITED STATES DISTRICT JUDGE